## CERTIFICATE/LETTER OF QUALIFICATION -
## FOR PROSECUTION OR DEFENSE OF CIVIL ACTION
COMMONWEALTH OF VIRGINIA
VA. CODE §§ 64.2-454



EXHIBIT

A

City of Richmond Circuit Court

I, the duly qualified clerk/deputy clerk of this Court, **CERTIFY** that on **MARCH 10, 2016**

DATE

### BRENDA L. HILL MYRICK
NAME(S) OF PERSON(S) QUALIFYING

duly qualified in this Court, under the provisions of Virginia Code § 64.2-454, as administrator of the estate of

**GREGORY HILL ALSO KNOWN AS GREGORY LEE HILL**, deceased, solely for the purpose of

prosecution or defense of a civil action for personal injury and/or death by wrongful act.

The powers of the fiduciary(ies) named above continue in full force and effect.

$ **1,000.00**  bond has been posted.

Given under my hand and the seal of this Court on

**MARCH 10, 2016**

DATE

Edward F. Jewett, Clerk

by *Dana  J. Mossen* , Deputy Clerk

FORM CC-1627 MASTER 07/15