**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

BRENDA L. HILL MYRICK,
ADMINISTRATOR OF THE ESTATE OF
GREGORY HILL ALSO KNOWN AS GREGORY LEE HILL,
DECEASED,

        Plaintiff,

                                Case: 3:16-cv-952-JAG

v.

NAPHCARE, INC., *et al,*

        Defendants

**PLAINTIFF'S MOTION TO FILE UNDER SEAL
SUMMONS AND AFFIDAVITS OF SERVICE CONCERNING
<ins>FORMER SHERIFF'S DEPUTY DEFENDANTS</ins>**

COMES NOW Plaintiff Brenda L. Hill Myrick, Administrator of the Estate of Gregory Hill, Also Known As Gregory Lee Hill, deceased, by counsel, and respectfully moves, for the reasons detailed in the accompanying Memorandum in Support, incorporated herein by reference, that the Court permit the filing **<ins>under seal</ins>** of the following documents, which concern the service at their personal addresses of Defendants who are former deputies to Defendant Sheriff Woody:

- Draft Summons for Defendants Lt. Felix, Deputy Everett, and Sergeant O'Rara Also Known As Sergeant O'Roark at their personal addresses

- The stamped and prepared Summons to be issued by the Clerk's Office for Defendants Lt. Felix, Deputy Everett, and Sergeant O'Rara Also Known As Sergeant O'Roark at their personal addresses

- All Affidavits of Service concerning Defendants Lt. Felix, Deputy Everett, and

  Sergeant O'Rara Also Known As Sergeant O'Roark and containing their personal

  addresses to be created upon service and returned to the Clerk's Office

Plaintiff is filing, under seal, the Draft Summons that Plaintiff has prepared and that are the first

item that Plaintiff requests be filed under seal. (As the second and third items-- the stamped and

prepared Summons and the Affidavits of Service –have not yet been created, Plaintiff is not

filing them herewith.)

BRENDA L. HILL MYRICK,
ADMINISTRATOR OF THE ESTATE OF
GREGORY HILL ALSO KNOWN AS GREGORY
LEE HILL, Deceased,


By:        /s/ Mark J. Krudys
         _____
                    Counsel

Mark J. Krudys (VSB# 30718)
THE KRUDYS LAW FIRM, PLC
SunTrust Center
919 E. Main Street, Suite 2020
Richmond, VA 23219
Phone: (804) 774-7950
Fax:    (804) 381-4458
Email: mkrudys@krudys.com
Web:   www.krudys.com
*Counsel for Plaintiff Brenda L. Hill Myrick, Administrator of the Estate of Gregory Hill, Also
Known As Gregory Lee Hill, Deceased*

**Certificate of Service**

I hereby certify that on this 27th day of December 2016, I will electronically file the

foregoing pleading with the Clerk of Court using the CM/ECF system, which will then send a

notification of the filing to the following:

Jeff W. Rosen, Esq.
Lisa Ehrich, Esq.
Jeffrey A. Hunn, Esq.
Pender & Coward
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
jrosen@pendercoward.com
lehrich@pendercoward.com
jhunn@pendercoward.com
*Counsel for Defendants C. T. Woody, Jr., Sheriff,*
*Jervon Johnson and Kim McCloud*


By:            /s/ Mark J. Krudys

_____

Mark J. Krudys (VSB# 30718)
THE KRUDYS LAW FIRM, PLC
SunTrust Center
919 E. Main Street, Suite 2020
Richmond, VA 23219
Phone: (804) 774-7950
Fax: (804) 381-4458
Email: mkrudys@krudys.com
Web: www.krudys.com
*Counsel for Plaintiff Brenda L. Hill Myrick,*
*Administrator of the Estate of Gregory Hill,*
*Also Known As Gregory Lee Hill, Deceased*

3