UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| BRENDA L. HILL MYRICK, ADMINISTRATOR OF THE ESTATE OF GREGORY HILL, :<br><br>Plaintiff, :<br><br>v. :<br><br>NAPHCARE, INC., *et al.*, :<br><br>Defendants. :<br><br>SHERIFF C. T. WOODY, JR., :<br><br>Cross-Claim Plaintiff, :<br><br>v. :<br><br>NAPHCARE, INC., :<br><br>Cross-Claim Defendants. : | Civil Action No. 3:16cv952 |

## MOTION FOR ENTRY OF JOINT PROTECTIVE ORDER

Pursuant to Fed.R.Civ.P. 26 (c) Defendant and Cross-Claim Plaintiff, Sheriff C. T. Woody, Jr., and Defendants, Captain Jervon Johnson, Deputy Kimberly McCloud, Eric Everette, Sydney Felix, and Mason O'Roark, by counsel, hereby move for entry of a Joint Protective Order in the above-captioned matter. The reasons supporting this Motion are set forth in the accompanying Memorandum of Law.

                                                    SHERIFF C. T. WOODY, JR.
                                                    CAPTAIN JERVON JOHNSON
                                                    DEPUTY KIMBERLY McCLOUD
                                                    ERIC EVERETTE
                                                    SYDNEY FELIX
                                                    MASON O'ROARK

                                                    By:      /s/ Jeff W. Rosen, Esq.
                                                               Of Counsel

Jeff W. Rosen, Esq., VSB #22689
Lisa Ehrich, Esq., VSB #32205
Jeffrey A. Hunn, Esq., VSB #45487
Pender & Coward, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
Phone: (757) 490-6253
Fax: (757) 497-1914
jrosen@pendercoward.com
lehrich@pendercoward.com
jhunn@pendercoward.com

## CERTIFICATE OF SERVICE

     I hereby certify that on this 27th day of March, 2017, I will electronically file the foregoing ***Motion for Entry of Joint Protective Order*** with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

        Mark J. Krudys, Esq., VSB #30718
        The Krudys Law Firm, PLC
        SunTrust Center
        919 E. Main Street, Suite 2020
        Tel: (804) 774-7950
        Fax: (804) 381-4458
        mkrudys@krudys.com
        *Counsel for Plaintiff, Brenda Hill Myrick*

___

*Hill v. Woody, et al.*    Case No. 3:16cv952                       PENDER & COWARD, P.C.
                                                                              WWW.PENDERCOWARD.COM
Page **2** of **3**

Grace Morse-McNelis, Esq. VSB #75957
Christina Dwyer, Esq., VSB #89135
RawlsMcNelis, P. C.
211 Rocketts Way, Suite 100
Richmond, Virginia 23231
Tel: (804) 344-0038
Fax: (804) 782-0133
gmorsemcnelis@rawlsmcnelis.com
cdwyer@rawlsmcnelis.com
*Counsel for Naphcare, Inc., Khairul Emran, M.D., Donna Pierce, R.N., Angela Patterson, R.N., Marcel Pascal, RN, BSN, Beverly Daniels, LPN and Kelsey Green*

      /s/ Jeff W. Rosen, Esq.
Jeff W. Rosen, Esq., VSB #22689
Pender & Coward, PC
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
Tel: (757) 490-6253
Fax: (757) 497-1914
jrosen@pendercoward.com
*Counsel for Sheriff C. T. Woody, Jr.,
Captain Jervon Johnson,
Deputy Kimberly McCloud, Eric Everette,
Sydney Felix, and Mason O'Roark*

_____
*Hill v. Woody, et al.*     Case No. 3:16cv952            PENDER & COWARD, P.C.
                                                                                                                                                            WWW.PENDERCOWARD.COM
Page **3** of **3**